THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK AMBROSIO, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted April 11, 1938; decided April 12, 1938.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* of counsel), for motion.

*Frank Ambrosio,* in person, opposed.

Motion denied with leave to renew on argument of appeal.

ERNEST RIDDELL, Respondent, *v.* MARTIN L. RIZZO, Appellant.

Submitted April 11, 1938; decided April 12, 1938.

*Harry Gittleson* for motion.

*M. Emanuel Balt* opposed.

Motion denied, with ten dollars costs.